UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: HCP SYSTEMS, LLC,                  Case No. 18-11984-ja7
      a New Mexico LLC

      Debtor.
_____

In re: HEALTH SERVICES, LLC,             Case No. 18-11985-ja7
      a New Mexico LLC                        (Jointly Administered)

      Debtor.

## RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY OF DEBTOR HEALTH SERVICES, LLC

Craig Dill, Court appointed receiver, (the "**Receiver**") for Health Services, LLC ("Health Services") pursuant to 11 U.S.C. Sec. 363(b) and (f) and Rule 6004, requests that the Court approve the sale of the Property (as defined below), in accordance with the terms and conditions set forth below. In support of this Motion, the Receiver states:

1. On November 14, 2017, the Receiver was appointed in Case No. D-202-CV-2016-03921 (the "**State Court Action**")

2. Health Services, LLC (the "**Debtor**") filed the petition for relief under Chapter 7 of the Bankruptcy Code on August 8, 2018. Yvette J. Gonzales was appointed as chapter 7 trustee of both the Health Services, LLC and HCP Systems, LLC bankruptcy cases.

3. Prior to appointment of the Trustee, the Receiver negotiated an agreement for the sale of certain assets of the Debtor.

4. On August 13, 2018, the Court entered its *Order Temporarily Excusing Turnover,* Doc. No. 11. In the Order, the Court provided deadlines and procedures for the Receiver to follow if he wished to propose a sale of any property. This motion is filed in accordance therewith.

5. The Receiver, has secured an offer from Jana Marjenhoff, DO, LLC, ("**Dr. Marjenhoff**") in the amount of $4,744.00 to purchase the certain assets of Debtor Health Services, LLC., subject to Court approval, and in accordance with the terms and conditions set forth in the Purchase Agreement (the "**Agreement**") attached hereto as Exhibit 1. As set forth in Schedule A, attached to Exhibit 1, the assets to be sold are used furniture and used medical examination equipment. The items being sold are all located at the Health Services Mountain Road location. The purchaser will assume the obligations of Health Services under the Practice Fusion contract and the Comcast contract. The Receiver is not selling accounts receivable, patient records, personally identifiable information, and causes of action. These items will remain property of the bankruptcy estate.

6. The Receiver requests permission to sell the Property free and clear of liens, claims, and interests, and that such liens, claims and interests are either (i) paid at closing, or (ii) attach to the proceeds of the sale with the same validity and priority, and to the same extent, that they attach to the assets sold. There are no known liens.

7. The Proposed Sale is fair and equitable, and is in the best interests of and beneficial to the Debtors' estate and the creditors. The Receiver has analyzed the value of the Property and believes the proposed sale to be appropriate, fair and in the best interest of the estate. The Receiver believes the other terms of the sale are fair and equitable under the circumstances. Used medical office equipment has little residual value as styles and technology change quickly. The purchaser, Dr. Marjenhoff is a current employee of Health Services. The Trustee has indicated she does will not operate Health Services. A sale to Dr. Marjenhoff will offer the opportunity for patients to make an orderly transition to Dr. Marjenhoff or another provider of their choice.

WHEREFORE, the Receiver requests that the Court enter an order (i) approving sale of the Property as set forth above, (ii) authorizing the Receiver to sell the Property free and clear of liens without further notice to creditors, and (iii) for all other just and proper relief.

Respectfully submitted,

ASKEW & MAZEL, LLC

By: *s/ filed electronically*
James A. Askew
1122 Central Ave. SW, Ste. 1
Albuquerque, NM 87102
(505) 433.3097 (phone)
(505) 717.1494 (fax)
jaskew@askewmazelfirm.com
*Attorneys for Craig Dill, receiver for HCP Systems, LLC, Health Services, LLC,*

This certifies that a copy of the foregoing was
served via the CM-ECF notification system to all
parties who have entered an appearance,
this 27nd day of August, 2018.

*/s/ James A. Askew*
James A. Askew

# ASSET SALE AND PURCHASE AGREEMENT

A. **PURPOSE OF THIS AGREEMENT:**

This Agreement for Asset Acquisition (the "**Agreement**"), establishes the intention of Jana Marjenhoff, DO, LLC, (the "**Buyer**"), to acquire certain assets of Health Services, LLC, (the "**Seller**") (referred to collectively as the "**Parties**" or "**Party**" where referred to individually), and represents terms for an acquisition, through sale, of the assets specified herein.

This Agreement supersedes any previous agreements between the Parties.

By signing this Agreement, the undersigned Parties confirm:

1) Their full authority to enter into negotiations and execute the terms within this document and any subsequent agreements;
2) Their intention to consummate the proposed transaction, specified herein, according to the terms in this document (which once signed by both Parties shall supersede any previous Agreement, including this one); and
3) This Agreement, the transaction contemplated herein, and any definitive documentation executed pursuant hereto is and will remain subject to the approval of the United States Bankruptcy Court for the District of New Mexico, (the "**Bankruptcy Court**") in the cases of *In re: HCP Systems, LLC and Health Services, LLC,* Case No. 18-1184-j7, jointly administered.

B. **PARTIES TO THE AGREEMENT:**

COMPANY: Health Services, LLC

SELLER: Craig H. Dill
Receiver for Health Services, LLC
P.O. Box 7855
Albuquerque, NM 87194

BUYER: Jana Marjenhoff, DO, LLC
632 Lake View Circle SE
Rio Rancho, NM 87124


EXHIBIT 1

C. **PURCHASE PRICE:**

The purchase price to be paid by Buyer shall be $4,744.00 (the "**Purchase Price**").

1

D.  **PAYMENT TERMS:**

Cash at closing.

E.  **PURCHASED ASSETS:**

The Purchaser will acquire only the assets of the Seller identified on Schedule A, attached hereto (the "**Purchased Assets**"), and no other asset of any kind, and specifically excluding accounts receivable and patient records. Transfer will be by "quit claim" bill of sale, without representation or warranty.

F.  **ASSUMED LIABILITIES**

Purchaser will assume the following liabilities and obligations of Seller:

1) Liabilities related to the Purchased Assets arising on or after the closing date.

2) Health Services, LLC's obligations under the Practice Fusion contract through May 2019.

3) Comcast service contract.

G.  **AGREEMENT DURATION AND GOVERNANCE:**

The following other considerations form part of this Agreement:

EXPIRY DATE:                          This Agreement automatically expires if Bankruptcy Court Approval is not obtained by October 1, 2018.

LAW GOVERNING THIS AGREEMENT:         This Agreement shall be governed and construed in accordance with the laws of the State of New Mexico.

H.  **SIGNATORIES TO THIS AGREEMENT**

AGREED:

Seller: _____          Buyer: _____
Craig H. Dill                                   Jana Marjenhoff, DO, LLC
Receiver for Health Services, LLC

Aug 27, 2018

2

Purchased Assets

Schedule A

Items in Waiting Area:

5 Waiting Room Tables

Ornamental Items, including 6 wall Pictures

Children Furniture

2 Lamps

10 Waiting Room Chairs

1 Large Magazine Rack

1 tv, 38 inch

Items In front office:

1 Printer/Fax Machine

Two Drawer metal file cabinet

2 Portable computer stands

2 desk chairs

5 HP desk top Computers

1 HP lap top computer

Commercial document shredder

3 phones

Small Brother Printer

Internet Phone switch

Page one of three

Purchased Assets

Schedule A Cont.

Medical Items:

2 stand up blood pressure units

3 hand carry blood pressure cuffs

2 stethoscopes

2 weight scales

2 large mayo tables

3 Welch Allen wall Otoscopes sets

4 refrigerators

1 IV stand

Crash Cart

AED Unit

EKG Unit and table

Lab blood draw chair

Medical cabinet, metal

2 centrifuges

Pulmo Nebulizer

Large Bio Hazard Can

5 wall chart holders

4 oxygen tanks, 2 with gauges

Large 4 drawer side filing cabinet

2 metal shelf trolley

Infant Scale

1 small mayo table

Small microwave

3 exam lights

Page two of three

Purchased Assets

Schedule A Cont.

Medical Items cont.

2 exam tables

2 high pressure sterilizers

3 round physician chairs

Back Office Furniture:

Office Desk

55 inch TV

7 personal patient waiting chairs

Total sale price 4,744.00 dollars

Page three of three